IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ROBERT AUKER,                    )
                                 )
            Plaintiff,           )   Civil Action No. 14-179
                                 )
      v.                         )
                                 )   Judge Cathy Bissoon
JOHN E. WETZEL, Secretary for    )
Pennsylvania Dept. of Corrections,)  Magistrate Judge Cynthia Reed Eddy
*et al.*,                        )
                                 )
            Defendants.          )

# MEMORANDUM ORDER

This case was referred to United States Magistrate Judge Cynthia Reed Eddy for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Rules 72.C, 72.D and 72.G of the Local Rules for Magistrates.

On May 9, 2014, the Magistrate Judge issued a Report and Recommendation (Doc. 80) recommending that the following motions filed by Plaintiff, Robert Auker, be denied as moot: Motion for Temporary Restraining Order (Docs. 20 and 33), Motion for Preliminary Injunction and Motion for Emergency Transfer (Docs. 11, 12, and 34), Motion for Aid from the Court (Docs. 19 and 22), and Motion to Compel the Court (Doc. 29). Service of the Report and Recommendation was made on the parties, and Defendant timely filed objections (Doc. 83).

After a *de novo* review of the pleadings and documents in the case, together with the Report and Recommendation and the Objections thereto, it is hereby ORDERED that: Plaintiff's Motion for Temporary Restraining Order (**Docs. 20 and 33**), Motion for Preliminary Injunction and Motion for Emergency Transfer (**Docs. 11, 12, and 34**), Motion for Aid from the Court (**Docs. 19 and 22**), and Motion to Compel the Court (**Doc. 29**) are **DENIED AS MOOT**, and the

Report and Recommendation of Magistrate Judge Eddy, dated May 9, 2014, is hereby adopted as the opinion of the District Court.

    IT IS SO ORDERED.

July 10, 2014                                         s\Cathy Bissoon
                                                       Cathy Bissoon
                                                       United States District Judge

cc (via ECF email notification):

All Counsel of Record

cc (via First-Class U.S. Mail):

Robert Auker
BK-1943
SCI Greene
175 Progress Drive
Waynesburg, PA 15370