IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT AUKER, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 14-179 |
| | ) | |
| v. | ) | Judge Cathy Bissoon |
| | ) | Magistrate Judge Cynthia Reed Eddy |
| JOHN E. WETZEL, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**MEMORANDUM ORDER**

This case was referred to United States Magistrate Cynthia Reed Eddy for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Local Rule of Civil Procedure 72.

On March 28, 2016, Defendants Renee Clites and Jennifer Piper Trimai filed a Motion for Partial Dismissal of Plaintiff's Amended Complaint. On September 6, 2016, the Magistrate Judge issued a Report (Doc. 195) recommending that the motion be denied. Service of the Report and Recommendation was made on Plaintiff's address of record, and no objections have been filed.

After a review of the pleadings and documents in the case, together with the Report and Recommendation, the following Order is entered:

Defendants Renee Clites and Jennifer Piper Trimai's Motion for Partial Dismissal of Plaintiff's Amended Complaint (**Doc. 190**) is **DENIED**. The Magistrate Judge's Report and Recommendation, dated September 6, 2016, hereby is adopted as the Opinion of the District Court.

IT IS SO ORDERED.

October 19, 2016                           s/Cathy Bissoon
                                           Cathy Bissoon
                                           United States District Judge

cc (via ECF email notification):

All counsel of record

cc (via First-Class U.S. Mail):

ROBERT AUKER
BK-1943
SCI Somerset
1600 Walters Mill Road
Somerset, PA 15510