# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT AUKER, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 14-179 |
| | ) | |
| v. | ) | Judge Cathy Bissoon |
| | ) | Magistrate Judge Cynthia Reed Eddy |
| JOHN E. WETZEL, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **MEMORANDUM ORDER**

This case was referred to United States Magistrate Cynthia Reed Eddy for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Local Rule of Civil Procedure 72.

On January 10, 2017 Plaintiff filed a Motion for Summary Judgment. (Doc. 226). On February 27, 2017, Defendants Renee Clites, B. Jin, Min Hi Park and Jennifer Piper Trimai filed a Motion for Summary Judgment (Doc. 252). On July 24, 2017, the Magistrate Judge issued a Report (Doc. 284) recommending that Plaintiff's motion for Summary Judgment be denied and that Defendant's Motion for Summary Judgment be granted in part and denied in part. Specifically, the Magistrate Judge recommended that Dr. Jin be granted summary judgment on Plaintiff's allegations that he was sexually assaulted on three separate occasions but denied as to the remainder of Plaintiff's claims. Service of the Report and Recommendation was made on the parties. On August 7, 2017, Defendants filed Objections to the Report and Recommendation. (Doc. 285). Plaintiff filed his objections on August 10, 2017 (Doc. 286) and filed a Response to Defendants' Objections on August 15, 2017 (Doc. 287).

After a *de novo* review of the issues raised in the objections and response, together with the Report and Recommendation, the following Order is entered:

Plaintiff's Motion for Summary Judgment (**Doc. 226**) is **DENIED** and Defendants' Motion for Summary Judgment (**Doc. 252**) is **GRANTED IN PART AND DENIED IN PART**. Specifically, Summary Judgment is **GRANTED** as to Defendant Jin on Plaintiff's allegations that he was sexually assaulted on three separate occasions but **DENIED** as to the remainder of Plaintiff's claims. The Magistrate Judge's Report and Recommendation dated July 24, 2017, hereby is adopted as the Opinion of the District Court.

IT IS SO ORDERED.

September 8, 2017                               s/Cathy Bissoon
                                                Cathy Bissoon
                                                United States District Judge

cc (via ECF email notification):

All counsel of record

cc (via First-Class U.S. Mail):

ROBERT AUKER
BK-1943
SCI Somerset
1600 Walters Mill Road
Somerset, PA 15510